UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK KOLOLO KIALA,

            Petitioner,

    v.

KRISTI NOEM, et al.,

            Respondents.

No.  1:26-cv-01467-KES-SKO (HC)

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

[THIRTY DAY DEADLINE]

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has filed a petition for writ of habeas corpus challenging his detention by the United States Immigration and Customs Enforcement ("ICE").

Petitioner entered the United States in 2017 on a visitor visa. Thereafter, he remained in the United States beyond the time permitted by the visa. On December 4, 2025, Petitioner was arrested and detained by ICE, allegedly without a warrant. On January 13, 2026, Petitioner was denied bond by an Immigration Judge who determined Petitioner to be a flight risk.

Petitioner contends that his detention is unlawful because his bond hearing did not comport with due process. He further claims his detention without a warrant violated his Fifth Amendment due process rights.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4,

1

Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2). Respondent SHALL INCLUDE a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.

2. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h). As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse. All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:  **March 8, 2026**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

2