UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK KOLOLO KIALA,
(A Number: 216-098-945)

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 1:26-cv-01467-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Doc. 14

Petitioner Patrick Kololo Kiala is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release. Doc. 14. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service. On July 10, 2026, respondents filed a one sentence objection, objecting "for the reasons set forth in their previous pleadings." Doc. 15.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1. The findings and recommendations, Doc. 14, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. The Court ORDERS that respondents release petitioner Patrick Kololo Kiala (A-Number: 216-098-945) immediately. If respondents seek to re-detain petitioner, they must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.
4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
5. The Clerk of Court is directed to close this case and enter judgment for petitioner.
6. The Clerk is directed to terminate any remaining motions as moot.
7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: July 12, 2026

UNITED STATES DISTRICT JUDGE